AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   12-cr- 373 |
| | ) | 13-cr- 55 |
| KIRK DAVIS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | |
|---|---|---|
| **Place:** | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | **Courtroom No.:**   3A |
| | | **Date and Time:**   11/1/2022 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   10/28/2022

_____
*Judge's signature*

DANIEL J. ALBREGTS, U. S.Magistrate Judge
_____
*Printed name and title*



| FILED | RECEIVED |
|---|---|
| ENTERED | SERVED ON |

COUNSEL/PARTIES OF RECORD

OCT 28 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY