JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK ORMAND DAVIS,<br><br>Defendant. | Case Nos. 2:12-cr-373-GMN-VCF<br>2:13-cr-55-GMN-VCF<br><br>Stipulation to Continue the Revocation Hearing (Third Request), per ECF No. 114 in 2:12-cr-373, and ECF No. 100 in 2:13-cr-55 |

## STIPULATION

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and defendant Kirk Ormand Davis, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, stipulate and agree and jointly move this Honorable Court to continue the revocation hearing in the captioned matters, set in the Court's ORDER at ECF No. 114 in Case No. 2:12-cr-373-GMN-VCF, and at ECF No. 100 in Case No. 2:13-cr-55-GMN-VCF for Tuesday, May 30, 2023, at 9:00 a.m. to a date and time convenient to the Court but no sooner than 60 days from that date.

Defendant Davis is in state custody serving a sentence of incarceration in a criminal matter, distinct from those in which he was previously detained in Nye County, Nevada. He is currently housed in the Las Vegas City Jail. The parties anticipate defendant Davis' release from custody in that criminal matter within 30 days.

Between November 2022 and April 2023, defendant Davis participated in a court-ordered competency evaluation under 18 U.S.C. §§ 4241 and 4247. A conclusion of that examination was that defendant Davis suffers from severe mental illness, but that he had been medicated to competency during that period.

The parties and the United States Probation Office lack sufficient information to assess defendant Davis' current mental status. Additional time is needed so that counsel for defendant Davis and the supervising Probation Officer may assess defendant Davis' status on completion of his current term of custody. Further, counsel for defendant Davis needs sufficient time to consult with him prior to any hearing.

The parties make this stipulation for good cause and not for the purposes of delay. Should defendant Davis be released sooner, and should a sooner hearing be appropriate, the parties anticipate advancing the date of the hearing.

A proposed order to accomplish the requested change is attached.

Respectfully Submitted this May 26, 2023:

JASON M. FRIERSON
United States Attorney

//s// Daniel J Cowhig
DANIEL J. COWHIG
Assistant United States Attorney

//s// Navid Afshar
NAVID AFSHAR
Assistant Federal Public Defender
Counsel for Kirk Ormand Davis

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 2:12-cr-173-GMN-VCF |
| Plaintiff, | 2:13-cr-55-GMN-VCF |
| vs. | ORDER Setting Revocation Hearing |
| KIRK ORMAND DAVIS, | |
| Defendant. | |

ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties, and good cause appearing therefore, that the Tuesday, May 30, 2023, revocation hearing set by this Court's ORDER at ECF No. 114 in Case No. 2:12-cr-373-GMN-VCF, and at ECF No. 100 in Case No. 2:13-cr-55-GMN-VCF for, at 9:00 a.m. to August 9, 2023, at 9:00 a.m. in Las Vegas Courtroom 7D.

IT IS SO ORDERED.

Dated this May 30, 2023.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE