RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Kirk Ormand Davis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　Defendant. | Case Nos.  2:12-cr-00373-GMN-VCF<br>　　　　　　2:13-cr-00055-GMN-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING** (FIRST REQUEST[1]), per ECF NO. 120 IN 2:12-CR-373, and ECF NO. 106 IN 2:13-CR-55 |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Preliminary Revocation Hearing currently scheduled on July 19, 2023, be vacated and continued to August 9, 2023 at 9:00 a.m., or in the alternative, to a date and time convenient to the Court, but no sooner than 45 (forty-five) days.

---

[1] Kirk Davis had his initial appearance on June 22, 2023 for a new violation of supervised release. While three other stipulations to continue the revocation hearings have been previously filed, this is the first stipulation for the new violation alleged in the petition.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has a prescheduled medical appointment and will be out of the jurisdiction.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the preliminary revocation hearing.

DATED this 17th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRK ORMAND DAVIS,<br><br>    Defendant. | 2:12-cr-00373-GMN-VCF<br>Case No. 2:13-cr-00055-GMN-VCF-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 19, 2023 at 10:00 a.m., be vacated and continued to **August 9, 2023** at the hour of 1**0:00 a.m. in Courtroom 3A.**

   DATED this 18th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE