## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KIRK ORMAND DAVIS,<br><br>        Defendant. | Case Nos. 2:12-cr-373-GMN-VCF<br>                 2:13-cr-55-GMN-VCF<br><br>**ORDER** |

These matters came before the court on September 26, 2023, for a revocation hearing twice continued, ECF Nos. 130-133, Case No. 2:12-cr-373, and scheduled since August 31, 2023, ECF No. 133.

The evidence establishes that on the morning of September 26, 2023, U.S. Marshals Service (USMS) deputies attempted to transport defendant Kirk Ormand Davis from the Southern Nevada Detention Center (SNDC) in Pahrump, Nevada, to the scheduled revocation hearing before this court some 60 miles distant. Davis refused to leave his cell or be transported. Consistent with policy, the USMS informed counsel and the court that Davis refused transport while Davis remained in custody at NSDC in Pahrump.

The court finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel Davis to be transported and to appear before this court for his revocation hearing, now scheduled for October 4, 2023, at 2:00 p.m. in Courtroom 7D of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada. ECF No. 135, Case No. 2:12-cr-373.

1

1 **IT IS THEREFORE ORDERED** that the USMS is authorized to use reasonable force as it deems necessary to compel defendant Kirk Ormand Davis to be transported for and appear at the revocation hearing before this court scheduled for October 4, 2023, at 2:00 p.m. in Courtroom 7D.

**DATED** this  26  day of September, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT