# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK ORMAND DAVIS,<br><br>Defendant. | Case Nos. 2:12-cr-373-GMN-VCF<br>2:13-cr-055-GMN-VCF<br><br>**ORDER** |

These matters came before the Court for a status conference scheduled for January 30, 2024. ECF Nos. 128, 142.  The United States Marshal Service ("USMS") has informed the Court that Defendant Kirk Ormand Davis has been unwilling to leave his cell.  The Court finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel Defendant to be transported and to appear before this Court for his status hearing, scheduled for January 30, 2023, at 10:00 a.m. in Courtroom 7D of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada. ECF Nos. 128, 142.

**IT IS THEREFORE ORDERED** that the USMS is authorized to use reasonable force as it deems necessary to compel Defendant to be transported for and appear at the revocation hearing before this court scheduled for January 30, 2023, at 10:00 a.m. in Courtroom 7D.

DATED this __29__ day of January, 2024.

_____
Gloria M. Navarro, District Judge

1

UNITED STATES DISTRICT COURT