RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kirk Ormand Davis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRK ORMAND DAVIS,<br><br>    Defendant. | Case No. 2:13-cr-00055-GMN-VCF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Status Conference currently scheduled on February 27, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel were informed on February 23, 2024, that Mr. Davis is still residing at the Nevada Southern Detention Center, awaiting designation to a BOP facility for restoration proceedings.

2. The parties therefore request that Mr. Davis' status hearing set for February 27, 2024 be vacated and reset to a date 30 days from the current setting.

This is the first request for a continuance of the status conference.

DATED this 23rd day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　Defendant. | Case No. 2:13-cr-00055-GMN-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the status conference currently scheduled for Tuesday, February 27, 2024 at 11:30 a.m., be vacated and continued to March 27, 2024 at the hour of 10:00 a.m.

　　DATED this 26 day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE