RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kirk Ormand Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>KIRK ORMAND DAVIS,<br><br>       Defendant. | Case No. 2:13-cr-00055-GMN-VCF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Third Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Status Conference currently scheduled on April 23, 2024, be vacated and continued to the week of May 20, 2024.

      This Stipulation is entered into for the following reasons:

      1.    Undersigned defense counsel and government counsel have been informed by the BOP that Mr. Davis is expected to arrive at a medical facility for restoration proceedings by the week of May 20.

      2.    At this time, Mr. Davis is still housed at the Nevada Southern Detention Center.

3. The parties therefore respectfully request that this matter be continued to the week of May 20.

This is the third request for a continuance of the status conference.

DATED this 22nd day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　Defendant. | Case No. 2:13-cr-00055-GMN-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference currently scheduled for Tuesday, April 23, 2024 at 9:00 a.m., be vacated and continued to May 28, 2024 at the hour of 2:00 p.m.

DATED this 22 day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE