RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kirk Ormand Davis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00055-GMN-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Fourth Request) |
| KIRK ORMAND DAVIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Status Conference currently scheduled on May 28, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The mental health treatment coordinator within the Bureau of Prisons who is assigned to Mr. Davis' restoration proceedings has contacted undersigned counsel and informed them that Mr. Davis remains scheduled to arrive at FMC Springfield this week.

2. The coordinator has indicated she will provide status updates every 45 days after Mr. Davis' arrival.

3. Because Mr. Davis is on track to arrive at FMC Springfield according to schedule and will begin restoration proceedings soon, the parties respectfully request that the status check currently scheduled for May 28, 2024 be continued for 60 days.

This is the fourth request for a continuance of the status conference.

DATED this 28th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KIRK ORMAND DAVIS,<br><br>    Defendant. | Case No. 2:13-cr-00055-GMN-VCF<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the status conference currently scheduled for Tuesday, May 28, 2024 at 2:00 p.m., be vacated and continued to August 14, 2024 at the hour of 9:00 a.m.

    DATED this 28 day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE