RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kirk Ormand Davis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00055-GMN-VCF<br>　　　　　2:12-cr-00373-GMN-VCF<br><br>**STIPULATION REQUESTING**<br>**STATUS CONFERENCE**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that a status conference be set on May 13, 2025 at 10:00 AM.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The court and the parties have received a report and certificate from United States Medical Center for Federal Prisoners (MCFP Springfield) that defendant Kirk Ormand Davis "has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense." 18 U.S.C. § 4241(e).

2. Defense counsel has since had two meetings with Mr. Davis by video conference and believes he is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

3. The parties have tentatively negotiated a global resolution of Mr. Davis' revocation matters (2:12-cr-373-GMN and 2:13-cr-55-GMN) and his new matter (2:23-mj-858-MDC).

4. The parties request that a status conference in the above-captioned matters be set for May 13, 2025, at 10 AM, so that the parties can advise the Court about the tentative global resolution and requested timeline for setting hearings on these matters, and so that the parties may jointly move for a competency hearing.

DATED this 25th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00055-GMN-VCF<br>　　　　　2:12-cr-00373-GMN-VCF<br><br>**<u>ORDER</u>** |

　　　IT IS THEREFORE ORDERED that a Status Conference be set for May 13, 2025, at the hour of 10:00 AM, or to a time and date convenient to the court.

　　　DATED this __25__ day of April, 2025.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE